**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **DR. ZUBERI MUSSARET,** | JUDGMENT IN CIVIL CASE |
| **Plaintiff,** | Case No. 2:17-CV-754 |
| v. | JUDGE ALGENON L. MARBLEY |
| | Magistrate Judge Deavers |
| **RAB, INC.,** *et al*, | |
| **Defendants.** | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the May 11, 2018 Order, the Court **GRANTED** Plaintiff's unopposed Motion to Dismiss Claims as to Defendant RAB, Inc. and **REMANDS** the case to the Franklin County Court of Common Pleas.

**Date: May 11, 2018**        **Richard W. Nagel, Clerk**

　　　　　　　　　　　　　　　　　　　s/Betty L. Clark
　　　　　　　　　　　　　　　　　　Betty L. Clark/Deputy Clerk